IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA

WENDY HARMON,

        Plaintiff,

vs.                                          Case No. 2020 CA 001413 AN

WAL-MART STORES EAST, L.P.,
a Foreign Limited Partnership,

        Defendant.
_____/

## AMENDED COMPLAINT

The Plaintiff, WENDY HARMON, by and through her undersigned attorney, files this Complaint for damages against the Defendant, WAL-MART STORES EAST, L.P., a Foreign Limited Partnership, (hereinafter referred to as "DEFENDANT"), and alleges:

1. This is an action for damages in excess of $30,000.00, exclusive of costs and interest.

2. The incident which constitutes the subject matter of this action occurred in Osceola County, Florida.

3. On or about May 4, 2019, DEFENDANT was the owner and in possession of Walmart located at 4400 13th Street, Saint Cloud, FL 32769, Saint Cloud, Florida, Osceola County.

4. On or about May 4, 2019, WENDY HARMON went to the above-described Walmart with the intention of shopping with a friend.

5. DEFENDANT negligently maintained its property through its agents and employees by allowing a foreign, transitory substance, having the appearance of fruit, to be present on the floor of the Property, which caused WENDY HARMON to slip and fall on the Property.

6. WENDY HARMON suffered damages due to the negligent acts and omissions of the DEFENDANT when she slipped and fell due to the presence of what appeared to be fruit on the floor of the DEFENDANT'S Property, in that DEFENDANT negligently created a dangerous or negligent condition to wit:

a. In failing to keep the said premises in a safe and proper condition for the use of its invitee or patrons; specifically, in failing to maintain a clean floor, clear of any fallen objects or foreign, transitory substances, including but not limited to fruit;

b. In failing to warn the Plaintiff of the dangerous condition;

c. In failing to have proper inspection and cleaning procedures in place so as to discover and clean up or otherwise remove the dangerous condition constituted by foreign objects and transitory substances;

d. In failing to properly hire, train, and/or supervise competent and adequate employees so as to prevent foreign objects and transitory substances from being present;

e. In failing to prevent the gathering or pooling of water so that it would not cause a dangerous condition.

7. That at the time and place aforesaid, the DEFENDANT so negligently maintained, operated or controlled said premises as to cause WENDY HARMON to be

injured thereon at a time the DEFENDANT caused the premises to be unsafe and knew, or by the exercise of reasonable care should have known, that the said area was not in a reasonably safe condition commensurate with the circumstances of its use by patrons or, in the alternative;

8. At the aforesaid time and place the DEFENDANT failed to exercise proper care in maintaining the said area in a safe condition or, in the alternative;

9. The DEFENDANT employed incompetent, inexperienced, unskilled or careless employees and/or failed to exercise proper supervision of said employees and/or failed to exercise proper supervision or failed to properly inspect the actions of said employees referenced above in cleaning and/or maintaining the floors of the DEFENDANT'S Property, thereby causing serious injuries to WENDY HARMON as herein alleged or, in the alternative;

10. That at the time and place aforesaid, DEFENDANT knew or should have known of the existence of the said dangerous condition; specifically, that a foreign transitory substance such as large pools of water had gathered on the floor and could result in injuries to patrons such as WENDY HARMON or, in the alternative, failed to exercise proper care in the cleaning and/or maintaining the floors which resulted in a dangerous condition.

11. As a result, WENDY HARMON was injured in and about her body and extremities, suffered pain there from, incurred medical expenses in the treatment of the injuries, the injuries are either permanent or continuing in nature and WENDY HARMON will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, WENDY HARMON, demands judgment for damages against the Defendant, WAL-MART STORES EAST, L.P., a Foreign Limited Partnership, together with the costs of this action and demands trial by jury of any and all issues so triable.

Dated this 30th day of June, 2020.

*s/ Matthew C. Quattrochi, Esq.*
**Matthew C. Quattrochi, Esq.**
Fla. Bar. No. 0120760
Attorney for Plaintiff
Quattrochi and Torres, P.A.
950 S. Winter Park Dr. (Ste. 207)
Casselberry, FL 32707
Tel.     (407) 452-4918
Fax:     (407) 505 4245
Matt@priorityjustice.com
Leslie@priorityjustice.com